# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 28 WM 2019
:
                    Respondent   :
                                 :
                                 :
                                 :
                          v.     :
                                 :
                                 :
                                 :
DAVID LEON JOHNSON,              :
                                 :
                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.